UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MATTHEW TRAVIS HOUSTON,<br><br>　　　　　　　　　　Petitioner,<br>　　v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 2:22-cv-01285-MMD-VCF<br><br>ORDER |

Before the Court in this closed habeas case is Petitioner Matthew Travis Houston's request for production of documents. (ECF No. 6.) On August 16, 2022, this Court denied Houston's petition for a writ of habeas corpus and declined to issue a certificate of appealability. (ECF No. 3.) Houston is now requesting "one copy of the above mentioned case to be utilized in consolidation with No. 22-15748 of the Ninth Circuit Court of Appeals and the civil rights case No. 2:21-cv-00499-JAD-DJA in multi-district litigation(s)." (ECF No. 6 at 1.) It is unclear what documentation Houston is requesting. However, to the extent that he is requesting a copy of the docket sheet, his petition, and this Court's previous order, good cause exists to grant such a request.

It is therefore ordered that Houston's request for production of documents (ECF No. 6) is granted.

The Clerk of Court is directed to send Houston (1) a copy of the docket sheet, (2) a copy of his petition (ECF No. 4), and (3) a copy of this Court's prior order (ECF No. 3).

DATED THIS 23rd Day of August 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE