UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MATTHEW TRAVIS HOUSTON,<br><br>Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>Respondents. | Case No. 2:22-cv-01285-MMD-VCF<br><br>ORDER |

Before the Court in this closed habeas matter are *pro se* Petitioner Matthew Travis Houston's motion for appointment of counsel (ECF No. 9) and motion to extend copy work (ECF No. 10). On August 16, 2022, the Court denied Houston's petition for a writ of habeas corpus and declined to issue a certificate of appealability. (ECF No. 3.) Judgment was entered and the case was closed. (ECF No. 5.) Accordingly, there are no grounds on which Houston can proceed, so his motions are moot.

It is therefore ordered that Houston's motion for appointment of counsel (ECF No. 9) is denied as moot.

It is further ordered that Houston's motion to extend copy work (ECF No. 10) is denied as moot.

DATED THIS 31st Day of August 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE